# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES | * |
| | * |
| | *   CRIM. NO. 20-185 |
| v. | * |
| | * |
| NAJIER BOONE | * |
| | ***** |

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

In accordance with Standing Order 2020-06, this Court finds:

✓   That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

✓   Video Teleconferencing

☐   Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

☐   The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

☐   Other:

Date:  March 30, 2021

_____
The Honorable Brian R. Martinotti
United States District Judge