# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES

Judge: BRIAN R. MARTINOTTI     Date: 01/17/2023
Court Reporter: Tammera Witte     Docket No: 2:20-185-04

Title of the Case:

UNITED STATES OF AMERICA
v. \
NAJIER BOONE

Appearances:
Francesca Liquori, AUSA
John Whipple, Attorney for Defendant
Joseph DaGrossa, Ph.D, M.A., USPO

Nature of Proceedings: **Sentencing**
Conference held in chambers
Defendant present
SENTENCE: 60 Months on each of Cts. 1s and 24s, to run concurrently.
SUPERVISED RELEASE: Total 4 years. This term consists of 4 years on Count 1s and 3 years on Count 24s, to run concurrently.
Special Assessment: $200 ($100 per Count, due immediately)
Special Conditions:
- Alcohol/Drug Testing and Treatment
- Consent to Search
- No Gangs
- Mental Health Treatment
- Fine: WAIVED

Defendant was advised of his right to appeal.
Recommendation to BOP:
- a facility for service of this sentence as near as possible to defendant's home address, specifically Fort Dix

Hearing on Govt's application to Dismiss Count 3s, 19s-23s and 26s of the 3rd Superseding Indictment Court ordered application granted.
Court ordered defendant remanded

                               Lissette Rodriguez, Courtroom Deputy
                               to the Hon. Brian R. Martinotti

Commenced: 10:00 am
Concluded: 11:00 am